UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALERIS SEJKO                              JURY TRIAL DEMANDED

v.                                         CASE NO. 3:10cv

SOUTHWEST CREDIT SYSTEMS, L.P.

COMPLAINT

1.This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

2.This Court has jurisdiction. 15 U.S.C. §1692k.

3.Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4.The Defendant is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5.The defendant is a "debt collector" as the term is defined in the FDCPA.

6.Defendant attempted to collect from plaintiff a personal account allegedly owing to ATT Mobility.

7.Defendant sought to collect from plaintiff an Amount Due of $1,121,86

8.The Anount Due included a Collection Fee of $146.33.

9.Defendant had not charged any collection fee to ATT Mobility.

10.The collection fee was neither expressly authorized by the agreement nor permitted by law.

WHEREFORE plaintiff respectfully requests this Court to:

   1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the FDCPA.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other or further relief as law or equity may provide.

        THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    faulknerlawoffice@snet.net